IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 7, 2007

Charles R. Fulbruge III
Clerk

No. 07-30366
Summary Calendar

LOUISIANA PIGMENT COMPANY LP

Plaintiff - Appellee

v.

FOUNDATION SYSTEMS INC

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:05-CV-1840

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Order of the District Court, entered March 15, 2007, granting partial summary judgment in favor of Plaintiff-Appellee Louisiana Pigment Company LP is affirmed for essentially the same reasons given by the District Court. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.